# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1133**

**CAF 11-00655**

PRESENT: SCUDDER, P.J., SMITH, FAHEY, CARNI, AND VALENTINO, JJ.

---

IN THE MATTER OF JUDY ANDERSON,
PETITIONER-APPELLANT,

V                                        MEMORANDUM AND ORDER

YASIN TISDALE, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

MINDY L. MARRANCA, BUFFALO, FOR PETITIONER-APPELLANT.

CHARLES J. GREENBERG, AMHERST, FOR RESPONDENT-RESPONDENT.

MARY ANNE CONNELL, ATTORNEY FOR THE CHILDREN, BUFFALO, FOR NASIR Y.T. AND NADIA S.-Y.T.

---------------------------------------------------------------------------------------------------------------

 Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered February 7, 2011 in a proceeding pursuant to Family Court Act article 6.  The order dismissed the petition for modification of custody.

 It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

 Same Memorandum as in *Matter of Tisdale v Anderson* (___ AD3d ___ [Nov. 16, 2012]).

Entered:  November 16, 2012      Frances E. Cafarell
                  Clerk of the Court